UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:09-CR-00089-D-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER OF RESTITUTION FOR |
| V. | ) | VICTIM OF "MISTY" SERIES |
| | ) | |
| GEORGE WILLIAM MOORE | ) | |

Upon stipulation of the parties, with the consent of counsel for the victim of the "Misty series," and in the best interest of justice and judicial economy, the COURT ORDERS:

1. The defendant shall pay $20,000 (Twenty Thousand U.S. Dollars) in restitution to the victim of the "Misty" series.

2. An initial restitution payment of $5,000 shall be made on or before July 31, 2010. After this initial payment, monthly payments of $1,000 shall be paid on or before the first day of each month, starting on August 1, 2010 and continuing for fifteen months until the entire $20,000 is paid.

3. These payments shall be made to the Clerk of Court, United States District Court, Eastern District of North Carolina, Raleigh, North Carolina, who shall make payment to the trust account of counsel of the victim, "Amy," namely James R. Marsh, The Marsh Law Firm LLC, P.O. Box 4668, No. 65135, New York, New York, 10163-4668.

4. The defendant shall notify, within 30 days, the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 310 New Bern Ave., Raleigh, NC 27061, Suite 800 of (a) any change of name, residence, or mailing address; and (b) any material change in economic circumstances that affects the ability to pay restitution.

5. No delinquent or default penalties will be imposed except upon Order of the Court.

6. In the event that full payment of restitution has not been made at the time the defendant is released from the Bureau of Prisons, restitution payments in an amount per month to be determined by the Court shall be required as a condition of the defendant's supervised release with interest as provided in Title 18, United States Code, Section 3612.

7. This Order shall be deemed part of the Judgment in this case.

IT IS SO ORDERED, this the __8__ day of __July__, 2010.

_____
The Honorable James C. Dever, III
United States District Judge